# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | CRIMINAL NO. 05-00296-CB |
| | | CIVIL ACTION NO. 07-00811-CB |
| MARLON JERRELL DAFFIN | ) | |
| Defendant/Petitioner. | ) | |

## ORDER

On August 4, 2010, the Court entered an order directing the Petitioner to notify the Court in writing on or before August 22, 2010 whether he wished to pursue his § 2255 motion, which would require an evidentiary hearing. The Court noted that the Petitioner would be entitled to a hearing and appointment of counsel on his claim that his plea was involuntary due to counsel's failure to advise him regarding his right to file a motion to suppress. However, it was not possible to accomplish those tasks prior to Petitioner's release date. Petitioner was directed to inform the Court on or before August 22, 2010 whether he wished to pursue his § 2255 claim.[1] No response was filed. Therefore, the Court presumes that Petitioner no longer intends to pursue his claim. Accordingly, it is **ORDERED** that the motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 be and hereby is **DISMISSED** with prejudice.

**DONE** and **ORDERED** this the 7th day of September, 2010.

s/*Charles R. Butler, Jr.*
**Senior United States District Judge**

---

[1] A copy of the order was mailed to the Petitioner at the halfway house to which he had been transferred pending his release.